## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KETO BURN XTREME, ) <br> KETO RESEARCH LABS, GREEN BRICK ) <br> MEDIA LLC, DO SLIM FITNESS LLC, ) <br> JAMES LIBURDI, AND DANIEL LIBURDI, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 8:19-cv-01117-WFJ-AEP <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S STATUS REPORT REGARDING EXPEDITED DISCOVERY

Plaintiff Nutramax Laboratories, Inc. ("Nutramax") files this Status Report in accordance with the Court's Order Granting Motion for Expedited Discovery (Dkt. No. 6). Pursuant to the Order, Nutramax sought discovery from multiple third parties, including the United States Postal Service, Namecheap Inc., Cloudflare Inc., and Stamps.com Inc. Using the information obtained via this discovery, Nutramax filed an amended complaint on July 3, 2019, adding new Defendants. (Dkt. No. 10). Nutramax is in the process serving the newly named Defendants. Attempts have been made to serve Defendants James and Daniel Liburdi at their known address, but they have refused to answer the door and thus far avoided service. Nutramax will continue to attempt service, but it may need to request additional time if it is unable to complete service within the allotted 90 days and Defendants do not otherwise agree to waive service.

2

Respectfully submitted, this 15th day of July, 2019.

   /s/ *Ryan W. Koppelman*
Ryan W. Koppelman
Florida Bar No. 909041

ALSTON & BIRD LLP
1950 University Ave.
5th Floor
East Palo Alto, CA 94303
Telephone: 650-838-2000
Facsimile:  650-838-2001
*ryan.koppelman@alston.com*

*Counsel for Plaintiff Nutramax Laboratories, Inc.*